UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT, | No. C-13-04457 EMC |
| Plaintiff, | **ORDER REVOKING *IN FORMA PAUPERIS* STATUS** |
| v. | |
| STANFORD UNIVERSITY, | |
| Defendant. | |

The court dismissed this action and entered judgment on November 18, 2013 for lack of subject matter jurisdiction and failure to state a claim. Plaintiff then filed a notice of appeal. The Ninth Circuit has referred the matter to this court to determine whether *in forma pauperis* status should continue for plaintiff on appeal or whether the appeal is frivolous or taken in bad faith. Upon review of the plaintiff's filings and the court's orders, the court now determines that the appeal is frivolous and revokes plaintiff's *in forma pauperis* status.

IT IS SO ORDERED.

Dated: January 3, 2014

_____

EDWARD M. CHEN
United States District Judge